02-11-428-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00428-CV 

 

 




 
 
 In re Roy A.J. Donley
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petitions for writ of mandamus and is of the
opinion that the petitions should be dismissed.  Accordingly, relator’s
petitions for writ of mandamus are dismissed for want of jurisdiction.

PER CURIAM

 

PANEL: 
LIVINGSTON, C.J.; DAUPHINOT and WALKER, JJ.

 

DELIVERED: 
October 21, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).